IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK JAMES BYRNE, JR., | : | No. 3:25-CV-1589 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| C.O. MCINTYRE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiff Frank James Byrne, Jr.'s complaint is **DISMISSED** in part, as follows:

    a. Byrne's Section 1983 equal protection claims are **DISMISSED** without prejudice as to all Defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    b. Byrne's Section 1983 First Amendment retaliation claims against defendants Bush, Hardaker, and Cessena are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    c. Byrne's state-law tort claims of negligence, slander, and defamation are **DISMISSED** with prejudice as to all Defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

  d. Byrne's Section 1983 Eighth Amendment claim of deliberate indifference to serious medical needs against defendant Lena is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

  e. Byrne's state-law medical malpractice claim against defendant Lena is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

  f. Byrne's federal and state-law claims against defendants "State College State Police Barracks" and "Unknown State Police" are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate defendants "State College State Police Barracks" and "Unknown State Police."

3. Byrne, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. Byrne <u>must</u> comply with the pleading instructions provided in the accompanying Memorandum

4. If no appropriate amended complaint is timely filed, any dismissal without prejudice will automatically convert to dismissal <u>with prejudice</u> and this case will proceed on the following causes of action only: (1) individual capacity Eighth Amendment excessive force against McIntyre, Bush, and Hardaker; (2) state-law assault and battery against McIntyre, Bush, and Hardaker; (3) individual capacity First Amendment retaliation against McIntyre; and (4) individual capacity Eighth Amendment failure to intervene against Lieutenant Cessena.

Date: 11/10/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court